# UNITED STATES DISTRICT COURT





for the
Southern District of California

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

8ch.net
9120 Double Diamond Parkway, Suite 5901,
Reno, NV 89521

)
)
)
)
)
)

Case No.

**FILED**

**APR 2 9 2019**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**19MJ1755**

## APPLICATION FOR A SEARCH WARRANT  CASE UNSEALED PER ORDER OF COURT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A
(INCORPORATED HEREIN)

located in the _____ District of _____ Nevada _____ , there is now concealed *(identify the person or describe the property to be seized)*:
8ch.net

SEE ATTACHMENT B
(INCORPORATED HEREIN)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 247(a)(1), (a)(2) | Intentional obstruction, by force or threat of force of persons in the free exercise of religious belief, resulting in death; willfully causing bodily injury to persons through |
| 18 U.S.C. 249(a)(1) | the use of a firearm because of the actual or perceived religion of said persons, re |

The application is based on these facts:

SEE AFFIDAVIT OF SPECIAL AGENT MICHAEL J. ROD, INCORPORATED HEREIN.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Michael J. Rod, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/28/2019 _____

City and state: San Diego, CA _____

_____
*Judge's signature*

Honorable Jill L. Burkhardt
*Printed name and title*

1 EMC

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Michael J. Rod, being first duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

1.     This affidavit is submitted in support of an application for a search warrant, pursuant to 18 U.S.C. 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), for information associated with the following 8chan posting with ID 4e267a and No. 13192921 (hereinafter the "subject posting"), created by John Earnest and others, known and unknown, and stored at the premises owned, maintained, controlled, or operated by 8ch.net, 9120 Double Diamond Parkway, Suite 5901, Reno, NV 89521.

2.     As described in further detail below, on April 28, 2019, John Earnest, armed with an AR15 style rifle, conducted an attack at the Chabad of Poway synagogue, injuring three individuals and killing one individual.  He was later arrested and interviewed and admitted to the Chabad of Poway incident, as well as an arson at the Dar-ul-Arqam Mosque and Islamic Center on March 24, 2019.

3.     There is probable cause to believe that within 8chan, more fully described in Attachment A, will be found evidence of violations of federal law, namely, intentional obstruction, by force or threat of force of persons in the free exercise of religious belief, resulting in death, in violation of 18 U.S.C. § 247(a)(2), willfully causing bodily injury to persons through the use of a firearm because of the actual or perceived religion of said persons, resulting in death, in violation of 18 U.S.C. § 249(a)(1), and damage to religious property, in violation of 18 U.S.C. § 247(a)(1), as more fully described in Attachment B.

4.    I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

5.    I am a Special Agent of the FBI, and have been so employed since May 2010. I am currently assigned to the San Diego Field Division. Prior to joining the FBI, I was a United States Marine Corps Judge Advocate serving on active duty from November 2001 until May 2010. In my capacity as a Judge Advocate, I prosecuted and defended violations of the Uniform Code of Military Justice, acted as the Investigating Officer during criminal proceedings, provided legal assistance to service members, and advised military commanders on a wide variety of civil and administrative matters.

6.    I have received twenty-one weeks of training at the FBI Academy in Quantico, Virginia. During that training, I received instruction regarding a wide variety of investigative techniques that are commonly used in support of a wide range of the FBI's investigative priorities. The training included instruction regarding the use of sources, electronic surveillance techniques, law enforcement tactics, search and seizure laws and techniques, surveillance, forensic techniques, interviewing, and a variety of other subjects. I have acted as the lead investigator on a variety of cases and have participated in multiple cases that have focused on gang related matters.

7.    Between July 2012 and February 2019, I was assigned to the North County Regional Gang Task Force (NCRGTF). During my time at the NCRGTF, I had personal contact with dozens of self-admitted or known gang members and their

associates and have discussed their lifestyles, method of operations regarding violent and property crimes, and their drug trafficking and drug distributing activities. I have participated in investigations involving criminal gang members including but not limited to Hispanic criminal street gangs. In March 2019, I was assigned to the HTTF and have assisted in cases involving human trafficking and the sexual exploitation of adults and children. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation (including other law enforcement officers), my review of documents and computer records related to this investigation, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause for a search warrant, it does not set forth every fact that I or others have learned during this investigation.

## II. PROBABLE CAUSE

### A. Chabad of Poway Attack

8. During the course of my current duties, I have learned the following from consulting with other state, local and federal law enforcement officers, including San Diego Sheriff's Department (SDSD) Detectives, San Diego County District Attorney Investigators, and my fellow FBI agents.

9. On April 27, 2019 at approximately 11:23 am. San Diego Sheriff's Communication Center received a 911 call of shots fired at the synagogue located on Chabad Way in Poway. The reporting party, Dan Sedereff, stated shots were fired in the synagogue.

10. During a briefing by the SDSD following the incident, it was reported that a white male, later identified as John Earnest, entered the synagogue through

the front door and fired several rounds from an AR15 rifle. He then proceeded further into the synagogue where he began firing rounds.

11.    The SDSD stated that inside the synagogue was off-duty Border Patrol Agent Jonathan Morales who retrieved a revolver weapon from one of the congregation members and chased the suspect out of synagogue firing four shots at him as he got into a silver Honda that was parked across the street from the church. The Honda fled northbound on Rancho Bernardo Road. Morales then returned the gun to the congregation members who placed it in a black prayer bag and left it in the synagogue.

12.    It was determined by officers that four people were shot and transported to the hospital.

13.    SDSD Deputies responded to the synagogue along with paramedics. The synagogue was secured by deputies pending obtaining a search warrant from state authorities, which was planned to be executed later that day.

14.    The same day (April 27, 2019), at approximately 11:30 a.m., a male who identified himself as John Earnest called into California Highway Patrol emergency line stating that he had fired shots into the synagogue and was willing to surrender to law enforcement. Earnest called from phone number 858.999.1461. Earnest gave his location as Phil's BBQ at 17051 West Bernardo Center Dr. He stated he was in possession of an AR15 Smith & Wesson MP15 rifle and several rounds of ammunition in his vehicle but that he would not use them against law enforcement. During that call, Earnest made the following comments, among others: "I just shot up a synagogue. I'm defending my country . . . I'm just trying to defend my nation against the Jewish people; they're destroying our people ... I opened fire at a synagogue; I think I killed some people." I am informed and believed that Smith & Wesson does not manufacture firearms in the State of California.

4

15.     San Diego Police Department ("SDPD") Officers responded to that location and took John Earnest into custody without further incident.  Seen on the front passenger seat was an AR15 rifle but no handgun was visible.  Additionally, in the vehicle was a helmet with a Go-Pro camera on it. SDPD Officers were holding the vehicle secure at the location pending obtaining and executing a state search warrant.

16.     While on scene at the vehicle, it was learned that one of the victims, Laurie Kaye, died as a result of gunshot wounds.

17.     During a public safety interview with SDPD Detective Rudy Castro, John Earnest confirmed his home address as 10134 Freeport Ct., San Diego CA. He further stated that there were no further weapons at the home.  At that time, Earnest did not appear to be under the influence of a controlled substance but did appear to have a "flat affect" as though he was detached or unaffected by his actions.

18.     SDPD SWAT officers and Detectives responded to the residence on Freeport Ct.  The parents of the suspect were contacted and escorted from the home and taken to the Sheriff's Poway substation, pending the execution of a state search warrant on their residence.   While at the substation, the parents informed law enforcement that their son frequently uses a computer in their home.

19.     Using various search methods, Whitney Buckingham an SDSD system data miner, found a manifesto on Pastebin.com written by a person identifying himself as John Earnest.  In the manifesto, which he named "An Open Letter", Earnest made many anti-Semitic and anti-muslim statements.  One such statement which is a direct quote is, "As an individual, I can only kill so many Jews." He states he is not a terrorist but that he hates anyone who he sees as a threat to his country. Earnest took credit for a fire that had been set at mosque in Escondido a few weeks earlier.  His exact statement was "I scorched a mosque in Escondido with gasoline a

week after Brenton Tarrant's sacrifice and they never found shit on me."

Additionally, he wrote "I spray-painted on the parking lot. I wrote 'For Brenton Tarrant −t./pol/."

20.     FBI Special Agent Maria Solomon observed part of the post-*Miranda* statement of Earnest. During that interview, he informed an SDSO Detective that he had adopted his ideology of hate for members of the Jewish religion approximately 18 month earlier. Based on my training and experience, I know that there is a process in which someone undergoes adoption of radical ideologies. This process can take several months or several years before a person actually commits to those ideologies. During the interview, Earnest also stated that he was inspired by individuals such as Adolph Hitler and Brenton Tarrant.

**B. Dar-ul-Arqam Mosque and Islamic Center Arson**

21.     Based on information received from Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Special Agent Scott Brahin, on March 24, 2019, an unknown individual set fire to a mosque in Escondido, California.

22.     Specifically, on March 24, 2019, at approximately 3:19 a.m., a 911 call was placed to report a fire at the Dar-ul-Arqam Mosque and Islamic Center ("mosque"), located at 318 West 6th Avenue in Escondido, California. The Escondido Fire Department and then Escondido Police Department ("EPD") responded. First responders learned approximately seven individuals had been spending the night at the mosque and, at approximately 3:15 a.m., they had observed flames and rushed outside to extinguish them with a fire extinguisher. First responders noticed ash or charring along approximately half the length of the mosque's west side and spray-painted writing on the asphalt parking lot near where the fire had occurred that read, "FOR BRENTON TARRAN r/pol/." First responders also noticed the odor of, or similar to, gasoline at the location of the fire.

23. Investigators conducted an online search for "Brenton Tarran" and noted that he was arrested for the mass shootings at two mosques in New Zealand that occurred on March 15, 2019 and is believed to be a white supremacist. Investigators also learned "r/pol/" is a reference to an online political discussion board that has been characterized as predominately racist, espousing views embraced by white supremacist groups.

24. Investigators reviewed surveillance footage retrieved from a business across the street from the mosque. The camera recorded an individual ("suspect") park his/her four-door sedan in front of the mosque at approximately 3:00 a.m. In the video, the suspect exited the vehicle, walked towards the parking lot where the message was later found spray painted, and then returned to the vehicle. Shortly thereafter, the suspect again exited the car carrying a large container and walked toward the area of the mosque where the fire was set. A short time later, at approximately 3:15 a.m., a large flash of light and smoke are seen in the video and the suspect walked back to the vehicle and drove away westbound on West 6th Avenue. In surveillance videos obtained from businesses along the route, investigators observed that the suspect appeared to arrive at the mosque on March 24, 2019 by driving eastbound on West 9th Avenue, northbound on South Escondido Boulevard, and then westbound on West 6th Avenue, where he parked in front of the mosque. Investigators also observed, as noted above, that the suspect left the area by driving westbound on West 6th Avenue. Based on their review of surveillance videos, investigators believed that the suspect was driving a 2010 to 2015 Civic Honda, silver in color.

25. Earnest's statements in the manifesto that he set fire to the Escondido mosque on March 24, 2019, are corroborated by the following. At the time of his arrest for the synagogue shooting, Earnest was driving a 2012 Honda Civic, grey in

color. Additionally, the spray painted message left by the mosque arsonist was not released to the media. The fact that the manifesto specifically makes reference to that message further corroborates that Earnest committed the mosque arson.

**C. 8chan Posting**

26. Based on my training and experience, and online research, 8chan, also known as Infinitechan or Infinitychan (sometimes stylized as ∞chan), is an American-based website composed of user-created boards. According to Wikipedia, "An owner moderates each board, with minimal interaction from other site administration."

27. On April 27, 2019, an Anonymous user posted on 8chan a posting with thread number 13192921 and posting ID number 4e267a. The posting read in part:

> It's been real dudes. From the bottom of my heart thank you for everything. Keep up the infographic redpill threads. I've only been lurking for a year and a half, yet, what I've learned here is priceless.
>
> It's been an honor.
>
> Livestream link is below as well as my open letter. Livestream will begin shortly. https://www.facebook.com/john.earnest.96780
>
> An open letter.
> https://pastebin.com/VXXFQMTW
> https://www.mediafire.com/file/d9oilcmjbenxiyz/Open_Letter.pdf.file

28. As discussed above, agents observed the content at the above described pastebin.com address and observed an open letter believed to be written by Earnest.

8

Additionally, on April 27, 2019, Greg Simon of the SDPD located the above described posting that included information about a livestream using a Facebook account, https://www.facebook.com/john.earnest.96780 (i.e., Facebook Account Number 100035547390347, with user name "john.earnest.96780."). On or about April 27, 2019, following the synagogue shooting, local law enforcement authorities served a search warrant on Facebook for records for the "john.earnest.96780" Facebook account, pursuant. In response to that request, Facebook provided records which listed the user's phone as 858.999.1461 (the same number Earnest used to call the CHP on April 27, 2019). Facebook verified the number on April 7, 2019. Facebook identified two additional Facebook accounts possibly utilized by the user of the john.earnest.96780 Facebook account, which were accessed via the same browser and the same electronic device.

29. Agents observed that there were several postings responding to the above described posting and thread. *See* Appendix 1, attached to ~~Attachment B~~. For example, on April 27, 2019, a posting with ID 2d7a65 and thread number 13193230 posted, "anyone had a decent read of his manifesto yet?" Another posting, ID cb34c8 and thread number 13193259, stated:

> It's very much written for /pol/, he goes into some depth about things being called falseflags, about how you should start getting prepared…Tarrant was a much more articulate writer, and walked through his thought process much more, which leads to people being able to understand (even if they can't publicly admit) why he did what he did. Earnest's honest passion is his highlight and his weakness – no boomer is going to read this and suddenly became aware of the JQ."

Another April 27, 2019 with ID 078285 and thread number 13193283 posted an image of a news station article posted on April 27, 2019 at 12:11 pm. The headline

9

stated, "Multiple people gunned down at Poway Synagogue, police search for shooter."

**D. Basis for Information Sought**

30.    Agents seek IP address and metadata information about Earnest's original posting and the postings of all of the individuals who responded to the subject posting and/or commented about it.  Additionally, agents seek information about any other posting coming from the IP address used by Earnest to post the subject posting.

31.    As discussed above, Earnest made a posting in which he thought to draw attention to his forthcoming attack on the Chabad of Poway, share his views through his open letter, and offer people the opportunity to observe the attack itself. Several people responded, both individuals who were taken aback about the posting as well as people who were sympathizers.  As a result, some of the individuals may be potential witnesses, co-conspirators and/or individuals who are inspired by the subject posting.  Based on agents' training and experience, following attacks such as those conducted by Earnest, other individuals are inspired by the attacks and may act of their own accord.  For example, as described above, Earnest himself was inspired by the Christchurch event in New Zealand.  Regardless of the nature of the comments, the evidence sought to be seized as described in Attachment B is relevant as evidence of Earnest's bias and motivation in committing the hate crimes set forth in Attachment B.  Even comments made in response to the subject posting or about it are relevant to Earnest's motivation for his violent attacks to the extent that as explained above, some of the posters may be potential witnesses, co-conspirators and/or individuals who are inspired by the subject posting.  As discussed above, Earnest stated in the subject posting, "I've only been lurking for a year and a half, yet, what I've learned here is priceless."  This information suggests that Earnest was

1   inspired and/or educated by individuals who commented on his threads. Based on
2   this information, there is reasonable cause to believe that the information sought,
3   specifically IP address and metadata for all commenters, constitute evidence of his
4   motivation in committing the offenses described herein and are thus relevant and
5   material to an ongoing criminal investigation, information that may be sought by an
6   order issued pursuant to 18 U.S.C. § 2703(c) and (d). That is, the information may
7   lead to the identity of individuals who inspired and/or educated Earnest or are aware
8   of his motivation in committing the attacks.

9       32.     FBI agents have consulted with 8ch.net about the kind of information
10  that the website maintains and understand that 8ch.net is an anonymous imageboard
11  and users are not required to create an account or use a name or an email address to
12  post. Hence, regular users usually have no usernames or email addresses linked to
13  their posts. However, agents have also learned that 8ch.net has used data forensics
14  in the past to find information about individuals who have posted on 8ch.net,
15  including IP address and metadata information (although not if the thread or post has
16  been deleted). On April 28, 2019, FBI agents communicated with 8ch.net about
17  this search warrant. Representatives are expecting the ~~warrant~~, so authority

III.    SEARCH PROTOCOL to serve the warrant until 12:00 am on
18  April 29, 2019 is sought given that the application is being submitted at
    A.      **Genuine Risk of Destruction of Evidence**
    10:00 pm, thereby risking that the warrant will not be served prior to 10:00pm.
    33.     Based upon my experience and training, and the experience and training
20  of other agents with whom I have consulted with, electronically stored data can be
21  permanently deleted or modified by users possessing basic computer skills. In this
22  case, only if the subject receives advance warning of the execution of this warrant,
23  will there be a genuine risk of destruction of evidence.

24      B.      **Prior Attempt to Obtain Evidence**
25      34.     The United States is aware that individual users of ch.net contacted law
26  enforcement authorities about the subject posting and may have provided the subject
27
28                                          11

posting to law enforcement authorities. The United States is unaware of other efforts except as described herein.

**C.   Ch.net**

35. Ch.net is an Internet company that, among other things, provides electronic communication services to its subscribers. Ch.net's electronic mail service allows its subscribers to exchange electronic communications with others through the Internet.

36.   At the creation of a Ch.net account and for each subsequent access to the account, Ch.net logs the Internet Protocol ("IP") address of the computer accessing the account. An IP address is a unique address through which a computer connects to the Internet. IP addresses are leased to businesses and individuals by Internet Service Providers. Obtaining the IP addresses that have accessed a particular Ch.net account often identifies the Internet Service Provider that owns and has leased that address to its customer. Subscriber information for that customer then can be obtained using appropriate legal process.

**D.   Procedures for Electronically Stored Information**

37.   Federal agents and investigative support personnel are trained and experienced in identifying communications relevant to the crimes under investigation. The personnel of Ch.net are not. It would be inappropriate and impractical for federal agents to search the vast computer network of Ch.net for the relevant accounts and then to analyze the contents of those accounts on the premises of Ch.net. The impact on Ch.net's business would be severe.

38.   Therefore, I request authority to seize all content, including electronic mail and attachments, stored instant messages, stored voice messages, photographs and any other content, as described in Attachment B. In order to accomplish the objective of the search warrant with a minimum of interference with the business

activities of Ch.net, to protect the rights of the subject of the investigation and to effectively pursue this investigation, authority is sought to allow Ch.net to make a digital copy of the entire contents of the accounts subject to seizure. That copy will be provided to me or to any authorized federal agent. The copy will be forensically imaged and the image will then be analyzed to identify communications and other data subject to seizure pursuant to Attachment B. Relevant data will be copied to separate media. The original media will be sealed and maintained to establish authenticity, if necessary.

39. Analyzing the data to be provided by Ch.net may require special technical skills, equipment and software. It also can be very time-consuming. Searching by keywords, for example, often yields many thousands of "hits," each of which must be reviewed in its context by the examiner to determine whether the data in within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Certain file formats do not lend themselves to keyword searches and keyword search text. Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text. The data is saved in a proprietary non-text format. The volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically.

40. Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained. The personnel conducting the examination will complete the analysis within (90) days of receipt of the data from the service provider, absent further application to this court.

41.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all posting that identify any poster of the subject posting and any postings sent or received in temporal proximity to incriminating electronic mails that provide context to the incrimination mails.

42.     All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

## IV.     REQUEST FOR SEALING AND PRECLUSION OF NOTICE

43.     Although John Earnest has been arrested by state authorities, he is unaware of the scope and nature of law enforcement's investigation into his activities.   Additionally, law enforcement is still investigating whether he acted alone, or conspired with others or was inspired by others.  As such, there is reason to believe that that disclosure of the affidavit and warrant will result in destruction of or tampering with evidence or otherwise seriously jeopardize the investigation. Accordingly, it is requested that this warrant and its related materials be sealed until further order of the Court. In addition, pursuant to Title 18, United States Code, Section 2705(b), it is requested that this Court order Ch.net to whom this warrant is directed not to notify anyone of the existence of this warrant, other than its personnel essential to compliance with the execution of this warrant until October 28, 2019, absent order from the Court.

## V.     CONCLUSION

44.     Based on the foregoing, your affiant submits that there is probable cause to believe that violations of federal criminal law, namely, violations of federal law, namely, intentional obstruction, by force or threat of force of persons in the free exercise of religious belief, resulting in death, in violation of 18 U.S.C. § 247(a)(2),

willfully causing bodily injury to persons through the use of a firearm because of the actual or perceived religion of said persons, resulting in death, in violation of 18 U.S.C. § 249(a)(1), and damage to religious property, in violation of 18 U.S.C. § 247(a)(1), have occurred, and that evidence of said violations, as described in Attachment B will be found within the subject posting and all the postings of all of the individuals who responded to the subject posting and/or commented about his posting.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Michael J. Rod

FBI, Special Agent

Sworn to before me this

28th day of April ____ 2019

Hon. Jill L. Burkhardt

UNITED STATES MAGISTRATE JUDGE

15

Appendix 1

File (hide): 24426db81e67b3d....jpg (90.68 KB, 750x936, 125:156, Beware the fury of righteo....jpg) (h) (u)



[–]▶ *ahem* Anonymous 04/27/19 (Sat) 14:00:15 ID: 4e267a No.13192921 [Watch Thread] [Show All Posts] >>13192955

It's been real dudes. From the bottom of my heart thank you for everything. Keep up the infographic redpill threads. I've only been lurking for a year and a half, yet what I've learned here is priceless.
It's been an honor.
Livestream link is below as well as my open letter. Livestream will begin shortly.
https://www.facebook.com/john.earnest.96780

An open letter.
https://pastebin.com/VXXFQMTW
https://www.mediafire.com/file/d9oilcmjbenxiyz/Open_Letter.pdf/file

Also, in case they take down my livestream too soon and you don't get to hear all the awesome tunes I had planned—here they are. Very meme-able songs—you should have no problem.
-Sloop John B by The Beach Boys
-Original Pokemon Theme Song
-Warthog Run Theme from Halo Combat Evolved
-Warriors by Imagine Dragons
-The Last Stand by Sabaton
-Blow Me Away by Breaking Benjamin
-Winged Hussars by Sabaton
-Rose Tattoo by Dropkick Murphys
-The Path (A New Beginning) from The Last of Us

Meme magic is real. May the LORD Christ be with you all.

* = required field

[🔲 Show post options & limits]

**Confused? See the FAQ.**

Expand all images

⭕ Tree view

Enable gallery mode

### <The 8chan Global Rule>
[ **The Gentleperson's Guide to Forum Spies** | **Global Volunteers** |
**Dost Test | FAQ** ]

File (hide): 8b192237ff8d931···.png (611.61 KB, 1050x1024, 525:512,
1050px-White_Pride_World_Wi···.png) (h) (u)



[⊟][⬜]**Inspired
by Tarrant
shooting
muslims**
**Anonymous**
04/27/19 (Sat)
08:39:26
ID: 550293

No.13192480  >>13192485  >>13192486  >>13192622  >>13192536
>>13192611  >>13192617  >>13192642  >>13192736  >>13192822
>>13192940  >>13193523  >>13194067  >>13194301  [Watch Thread]
[Show All Posts]

French friend of mine sent me this, he claims to eliminate
muslim drug-dealers, who sell heroin to the kids.

Kill your local muslim drugs dealer

Everybody can do something for this world

https://t.me/Tarrants_Lads

🔲**Anonymous**  04/27/19 (Sat) 08:41:30 ID: 550293
No.13192485  >>13193203

>>13192480 (OP)
Fucking videos are the last two in that TG channel. I
cant fucking upload them here. Fucking 8chan

🔲**Anonymous**  04/27/19 (Sat) 08:42:21 ID: 066581
No.13192487  >>13192492  >>13193518

File (hide): 8b192237ff8d931...png (61 61 KB, 1050x1024, 525 512,
1050p;x-White_Pride_World_W..._png) (h) (u)



[−] 🖼️nspired
by Tarrant
shooting
muslims
Anonymous
04/27/19 (Sat)
08:39:26
ID: 550293

No.13192480 >>13190485 >>13192496 >>13192522 >>13192536
>>13192611 >>13192617 >>13192642 >>13192786 >>13192822
>>13192949 >>13193123 >>13194251 >>13194301 [Watch Thread]
[Show All Posts]

French friend of mine sent me this. he claims to eliminate
muslim drug-dealers, who sell heroin to the kids.

Kill your local muslim drugs dealer

Everybody can do something for this world

https://t.me/Tarrants_Lads

🖼️Anonymous 04/27/19 (Sat) 08:41:30 ID: 550293
No.13192485 >>13193203

>>13192480 (OP)
Fucking videos are the last two in that TG channel. I
cant fucking upload them here. Fucking 8chan

🖼️Anonymous 04/27/19 (Sat) 08:42:21 ID: 066581
No.13192487 >>13192492 >>13192518

jews don't have friends.

🖼️Anonymous 04/27/19 (Sat) 08:43:41 ID: 550293
No.13192492

>>13192487
When you are so pathetic, that see kikes everywhere.
Retard.

▃▃▃▃▃▃

Anonymous 04/27/19 (Sat) 08:44:42 ID: 066581

https://t.me/Tarrants_Lads

**Anonymous** 04/27/19 (Sat) 08:41:30 ID: 550293
No.13192485 >>13193203

>>13192480 (OP)
Fucking videos are the last two in that TG channel. I
cant fucking upload them here. Fucking 8chan

**Anonymous** 04/27/19 (Sat) 08:42:21 ID: 066581
No.13192487 >>13192492 >>13192518

jews don't have friends.

**Anonymous** 04/27/19 (Sat) 08:43:41 ID: 550293
No.13192492

>>13192487
When you are so pathetic, that see kikes everywhere.
Retard.

**Anonymous** 04/27/19 (Sat) 08:44:43 ID: 26f1f3
No.13192496 >>13192502 >>13192506 >>13192711 >>13193486

>>13192480 (OP)
Props to your friend, as someone who lived in
France, there is a astounding amount of muslims.

**Anonymous** 04/27/19 (Sat) 08:45:29 ID: 26f1f3
No.13192502 >>13192506

>>13192496
But hey, 1 White is better than thousand muslims or
more, a muslim (especially a sandnigger) is so stupid
they can't do much harm.

**Anonymous** 04/27/19 (Sat) 08:46:33 ID: 550293
No.13192506 >>13192512

>>13192502
>>13192496
How I drop videos here? Keep getting this error:
MP4 must be made up of one H264 and one AAC
stream only.

**Anonymous** 04/27/19 (Sat) 08:48:34 ID: e98225
No.13192512 >>13192523

>>13192506
That seems to suggest that your video has dual
audio. You have to rip one of the audio streams out
using ffmpeg or ~~some equivalent program~~ to be able

Anonymous 04/27/19 (Sat) 08:52:44 ID: 550293
No.13192523 >>13192532 >>13192536 >>13192547 >>13192548
>>13192556 >>13192558 >>13192560 >>13192561 >>13192569
>>13192586 >>13192591 >>13192595 >>13192600 >>13192604
>>13192642 >>13192644 >>13192670 >>13192683 >>13192780
>>13192786 >>13192851 >>13192855 >>13192862 >>13192960
>>13194051 >>13194356

File (hide):                           File (hide):
c2c724216458359···.webm                f185a179e44601e···.webm

(1.82 MB, 362x640, 151:320,          (1.44 MB, 360x640, 9:16, video 2019-
video 2019-04-27 10-58-05.webm) (h)    04-27 10-58-08.webm) (h) (u)
(u) [play once] [loop]                 [play once] [loop]

 

>>13192512
DID IT

Anonymous 04/27/19 (Sat) 08:56:01 ID: f0bef8
No.13192532
File (hide): 2ed1745e9a2445a···.jpg (14.3 KB,
356x402, 66:67, 10779512.jpg) (h) (u)





>>13192512
**DID IT**

Anonymous 04/27/19 (Sat) 08:56:01 ID: f0bef8
No.13192532
File (hide): 2ed1745e9a2445a··· jpg (16.9 KB,
356x402, 66:67, 10779512.jpg) (h) (u)



File (hide): 432d5529b6a33f2··· png (66.97 KB,
247x248, 247:248, 71926539.png) (h) (u)



File (hide): f8b9d7981d3d758··· jpg (14.85
KB, 201x212, 201:212, 05818916.jpg) (h) (u)

Anonymous  04/27/19 (Sat) 09:04:37 ID: f5ea4a
No.13192552

> You shouldn't film yourself doing something you
> intend on getting away with

Anonymous  04/27/19 (Sat) 09:06:25 ID: 54d879
No.13192556  >>13192576  >>13192584

> >>13192523
> What the fuck shooting style is this. You know a
> "drive-by" usually involves more or less stopping to
> take a shot.
> Garbage.

Anonymous  04/27/19 (Sat) 09:06:40 ID: f08ca7
No.13192558

File (hide): 6a4o87c65e5338d···.png (83.29 KB,
224x225, 224:225, 1556287360450-0.png) (h) (u)





File (hide): c2ca3a18076b440···.png (54.94 KB,
225x219, 75:73, 1556294562241-2.png) (h) (u)



No.13192560 >>13192562 >>13192566 >>13192584

>>13192523
did he shoot at anything? The first video is just gun
shot noises, but no context, and the second video
looks like just shooting into the night.

Anonymous 04/27/19 (Sat) 09:07:32 ID: 26f1f3
No.13192561

File (hide): 2d9b41b44fc3b54···.jpg (76.85 KB, 672x767, 672:767,
1l9er5cxiko21.jpg) (h) (u)



>>13192523
Absolute legend.

Anonymous 04/27/19 (Sat) 09:07:45 ID: 078285
No.13192562 >>13192576

>>13192560
Tbh i was asking myself that too

Anonymous 04/27/19 (Sat) 09:08:31 ID: 60edb4
No.13192565

Reminder to only post shit like this through Tor unless
you want a visit from Interpol.

Anonymous 04/27/19 (Sat) 09:09:29 ID: 54d879
No.13192568 >>13192573 >>13192576 >>13192584

>>13192560
>did he shoot at anything?
No.
The guy's just letting off fireworks.

Anonymous 04/2··· ··· ···· 26f1f3

>>13192560
Tbh i was asking myself that too

**Anonymous** 04/27/19 (Sat) 09:08:31 ID: 60edb4
No.13192565

Reminder to only post shit like this through Tor unless you want a visit from Interpol.

**Anonymous** 04/27/19 (Sat) 09:09:29 ID: 54d879
No.13192568 >>13192573 >>13192576 >>13192584

>>13192560
>did he shoot at anything?
No.
The guy's just letting off fireworks.

**Anonymous** 04/27/19 (Sat) 09:09:30 ID: 26f1f3
No.13192569

File (hide): 2bbf50462da8855⋯.png (377.54 KB, 500x574, 250:287, 2bbf50462da8855n6c9eb31f0⋯.png) (h) (u)



>>13192523
Muslims and arabs (sandniggers) can suck my dick, one less subhuman

**Anonymous** 04/27/19 (Sat) 09:10:12 ID: aed864
No.13192571

>ukranians shooting out of a car at nothing

Tarrant walked into a crowded area and shot them. Your buddy is doing nigger tier shit.

**Anonymous** 04/27/19 (Sat) 09:10:36 ID: 2de262
No.13192573

Anonymous 04/27/19 (Sat) 09:23:27 ID: f0baf8
No.13192611 >>13192619

File (hide): 649acca71704861⋯.jpg

(155.12 KB, 904x1169, 904:1169, 1-dc0e8d9e50.jpg) (h) (u)



File (hide): 4a03f5778f30cae⋯.jpg (71.59 KB, 600x501, 600:501, 7888888888555757.jpg) (h) (u)



File (hide): a065ad38454a421⋯.jpg (25.83 KB, 480x240, 81:40, U3cf4.jpg) (h) (u)



>>13192480 (OP)
Upgrade the arsenal all the bases are belong to us.

Stay safe blessed legends, no quarter asked none given.

forever. Most likely not for the better.

**Anonymous** 04/27/19 (Sat) 14:01:18 ID: 946d83
No.13193986

File (hide): 04db8bc83fee423···.gif (107.59 KB, 256x192, 4:3,
Gant_Breakdown_2.gif) (h) (u)



>>13193965
Chad mode. Let's hope for 3 more

>>13193977
Checked, lucky sevens.

>>13193973
They lived if the Russians got to their carcasses
first.....

**Anonymous** 04/27/19 (Sat) 14:02:18 ID: bc3969
No.13193990

>>13193896
almost all large scale muzzie terrorist attacks were
proxy by ZOG
>>13192601
kys you genetic garbage

**Anonymous** 04/27/19 (Sat) 14:02:23 ID: 9efe38
No.13193991 >>13194019

>>13193982
Well, I am in an engineering programs right now. In a
couple years we might have something like that.



📁Anonymous (You) 04/27/19 (Sat) 12:15:58 ID: 8f4812
No.13193248 >>13193252 >>13193254 >>13193290 >>13193294

>>13193230 📁Anonymous 04/27/19 (Sat) 12:11:40
Yeah i just rea ID: 2d7a65 No.13193230 >>13193237
happening....  >>13193248 >>13193259

https://www.n     anyone had a decent read of the
center-escon\   manifesto yet?
arson-unit-50

📁Anonymous 04/27/19 (Sat) 12:16:34 ID: ec359e
No.13193252 >>13193261 >>13193268 >>13193275

>>13193248 (You)
>Published Mar 24, 2019 at 8:40 AM | Updated at
6:52 PM PDT on Mar 25, 2019

📁Anonymous (You) 04/27/19 (Sat) 12:16:46 ID: 8f4812
No.13193254 >>13193290

>>13193248 (You)
Id imagine were looking at cali here

📁Anonymous 04/27/19 (Sat) 12:17:49 ID: cb34c8
No.13193259
File (hide): 5269369d15db374···.png (122.29 KB, 499x281, 499:281,
7eb18890431ebd0fa2152be1a5···.png) (h) (u)



to imagine we're looking at can here

**Anonymous** 04/27/19 (Sat) 12:17:49 ID: cb34c8
No.13193259

File (hide): 5269369d15db374···.png (122.29 KB, 499x281, 499:281, 7eb18f90431abc09a2152ee1a5.··· .png) (h) (u)



>>13193230
It's very much written for /pol/, he goes into some
depth about things being called falseflags, about how
you should start getting prepared. He doesn't hold
back from using /pol/ approved terms, and paints in
pretty broad brushes. Clocks in at 8 pages (minus his
signature) and that's the longest I'd want it to be, tbh.
Tarrant was a much more articulate writer, and
walked through his thought process much more,
which leads to people being able to understand (even
if they can't publicly admit) why he did what he did.
Earnest's honest passion is his highlight and his
weakness - no boomer is going to read this and
suddenly become aware of the JQ.

**Anonymous** 04/27/19 (Sat) 12:17:59 ID: 5eec52
No.13193261 >>13193268

>>13193252
First thing I looked at too.
This whole thing is a LARP to get people to friend a
Facebook account to out stupid people. It's a clever
glownigger tactic, but...meh. Whatever.

**Anonymous** 04/27/19 (Sat) 12:17:59 ID: 73c768
No.13193262 >>13193273

File (hide): c53a7d16d742538···.webm (3.16 MB, 720x480, 3:2, c53a7d16d74253876242223799 ··· .webm) (h) (u) [play once] [loop]



Anonymous 04/27/19 (Sat) 12:19:29 ID: 000000
No.13193268

>>13193246
Anybody not already at least on tor or a vpn is playing
with fire here. don't get yourselves caught before
actually making an effort

>>13193252
>>13193261
He said he burned that mosque directly after Tarrant,
not now.
So it still checks out.

Anonymous 04/27/19 (Sat) 12:19:32 ID: 078285
No.13193269 >>13193277 >>13193282

File (hide): 749e6c042f8b2b8···.png (308.15 KB, 1125x2436, 375:812,
Captured Image.png) (h) (u)



**GUYS**

Anonymous 04/27/19 (Sat) 12:19:35 ID: c50598
No.13193271

File (hide): 4ab205b46ce7a75···.jpg (61.13 KB, 479x768, 479:768,
niggers in charge of paren····.jpg) (h) (u)





probably to throw off the sloppy job mossad retards
claiming tarrant didn't name the jew so in a way he
would be a worthy sequel to tarrants original
masterpiece

Anonymous / You) 04/27/19 (Sat) 12:20:20 ID: 8f4812
No.13193275 >>13193294

>>13193252
Read
He admits he toasted the mosque and memes St BT

Anonymous 04/27/19 (Sat) 12:20:32 ID: fa0845
No.13193277 >>13193294

>>13193269
>>13193272
Oh shit, have we started the fire?

Anonymous 04/27/19 (Sat) 12:22:04 ID: f08ca7
No.13193282 >>13193306

>>13193269
>>13193272
**AND THERE WE GO**

Anonymous 04/27/19 (Sat) 12:22:06 ID: 078285
No.13193283
File (hide): 25154a1a51b161c... png (1.34 MB, 1080x1443, 360:481,
Clipboardimage.png) (h) (u)



# Multiple people gunned down at Poway Synagogue, police search for shooter

Posted: 12:11 P.M. Apr 27, 2019   Updated: 0 minutes ago

By: Marie Saavila



Anonymous 04/27/19 (Sat) 12:23:00 ID: 078285
No.13193288

File (hide): 7b00fbfc69e17a8··· png (31.93 KB, 756x243, 28:9,

ClipboardImage.png) (h) (u)



Pressing reports of an [illegible] at a [illegible]
in a mosque in [illegible] trying to enter a church.

### SAY IT WITH ME GUYS: HAIL JOHN "THE
### EARNEST" EARNEST!

Anonymous (You) 04/27/19 (Sat) 12:23:19 ID: 8f4812
No.13193290

>>13193272
>>13193254 (You)
>>13193248 (You)

inb4 shooter in san diego tweet

Anonymous 04/27/19 (Sat) 12:23:24 ID: 5471dd
No.13193291

Did he livestream it?

Anonymous 04/27/19 (Sat) 12:23:57 ID: 5eec52
No.13193294

>>13193277
>We
You haven't done shit. HE started the fire. At a
mosque in California, apparently. Kudos on
>>13193275 (You) for catching that.
>>13193248 (You)

Do you guys think we have another "Can't Corner the
Dorner" scenario? Is he on the move?

Anonymous 04/27/19 (Sat) 12:24:07 ID: 000000
No.13193295 >>13193305

Hopefully this was not the happening:

Steve Werby
@stevewerby
28s29 seconds ago

Steve Werby Retweeted Steve Werby

## SAY IT WITH ME GUYS: HAIL JOHN "THE EARNEST" EARNEST!

📄 Anonymous (You) 04/27/19 (Sat) 12:23:19 ID: 844812
No.13193290

>>131193272
>>13193254 (You)
>>13193248 (You)

Inb4 shooter in san diego tweet

📄 Anonymous 04/27/19 (Sat) 12:23:24 ID: 5471dd
No.13193291

Did he livestream it?

📄 Anonymous 04/27/19 (Sat) 12:23:57 ID: 5eec52
No.13193294

>>13193277
>We
You haven't done shit. HE started the fire. At a
mosque in California, apparently. Kudos on
>>13193275 (You) for catching that.
>>13193248 (You)

Do you guys think we have another "Can't Corner the
Dorner" scenario? Is he on the move?

📄 Anonymous 04/27/19 (Sat) 12:24:07 ID: 000000
No.13193295 >>13193306

Hopefully this was not the happening:


Steve Werby
@stevewerby
28s29 seconds ago

Steve Werby Retweeted Steve Werby

According to my wife, who just walked the half mile to
the edge of the Chabad of Poway property, law
enforcement has said the shooter has been captured.
#sandiego #poway #chabad #activeshooter

Shooting inside the Chabad of Poway, California. Just
across city of San Diego border. During religious
services. At least one person shot. 2 children injured.
2 children missing. MY source is deputy sheriff via

Anonymous  04/27/19 (Sat) 12:23:57 ID: 5eec52
No.13193294

>>13193277
>We
You haven't done shit. HE started the fire. At a
mosque in California, apparently. Kudos on
>>13193275 (You) for catching that.
>>13193248 (You)

Do you guys think we have another "Can't Corner the
Domer" scenario? Is he on the move?

Anonymous  04/27/19 (Sat) 12:24:07 ID: 000000
No.13193295  >>13193305

Hopefully this was not the happening:

Steve Werby
@stevewerby
28s29 seconds ago

Steve Werby Retweeted Steve Werby

According to my wife, who just walked the half mile to
the edge of the Chabad of Poway property, law
enforcement has said the shooter has been captured.
#sandiego #poway #chabad #activeshooter

Shooting inside the Chabad of Poway, California. Just
across city of San Diego border. During religious
services. At least one person shot. 2 children injured.
2 children missing. My source is deputy sheriff via
direct conversation, police band, and relative of
person at Chabad.

Be aware of increased law enforcement activity in the
16000 block of Chabad Way as @SDSOPoway
Deputies investigate reports of a man with a gun.
Please stay clear of the area and allow deputies to
safely do their job. Thank you for your patience and
cooperation.

Anonymous  04/27/19 (Sat) 12:24:07 ID: 978a52
No.13193296

File (hide): e8e735ce73c5181···.jpg (680.83 KB, 1439x2161, 1439:2161,
SmartSelect_20190427-15233···.jpg) (h) (u)

FOX 5

# ATTACHMENT A

This warrant applies to information associated with 8chan posting with ID 4e267a and No. 13192921 and all postings by individuals ~~who responded~~ in response to said posting ~~and/or commented~~ to comments about the posting, owned, maintained, controlled, or operated by 8ch.net, 9120 Double Diamond Parkway, Suite 5901, Reno, NV 89521.

16

**ATTACHMENT B**

All information, including but not limited to, IP address and metadata information, related to 8chan posting with ID 4e267a and No. 13192921 and all postings by individuals ~~who responded~~ in response to said posting and/or ~~commented~~ comments about said posting, as well as all postings made by the same IP addresses that were used to post ID 4e267a and No. 13192921, which are evidence of violations of federal law, namely, intentional obstruction by force or threat of force of persons in the free exercise of religious belief, resulting in death, in violation of 18 U.S.C. § 247(a)(2), willfully causing bodily injury to persons through the use of a firearm because of the actual or perceived religion of said persons, resulting in death, in violation of 18 U.S.C § 249(a)(a) and damage to religious property, in violation of 18 U.S.C. § 247(a)(1).