

~~SEALED~~

ROBERT S. BREWER, JR.
United States Attorney
CAROLINE P. HAN
Assistant U.S. Attorney
California Bar No.: 250301
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6968
Fax: (619) 546-0831
Email: caroline.han@usdoj.gov

Attorneys for the United States



CASE UNSEALED PER ORDER OF COURT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the search of Information that is stored at 8ch.net, 9120 Double Diamond Parkway, Suite 5901, Reno, NV 89521. | No. **19MJ1755**<br>**APPLICATION FOR ORDER SEALING SEARCH WARRANT, ACCOMPANYING MATERIALS, AND THIS APPLICATION AND SEALING ORDER**<br><u>UNDER SEAL</u> |

Upon motion of the United States of America for a sealing order and an Order pursuant to Title 18, United States Code, Section 2705(b), precluding 8ch.net, an electronic communication service provider, from notifying any other person, other than its essential personnel, of the existence of this search warrant, the Court finds as follows:

The Affidavit submitted in support of the search warrant provides reason to believe that notification of the existence of this search warrant will result in destruction of or tampering with evidence, and/or otherwise seriously jeopardize the investigation.

3 PMC

IT IS HEREBY ORDERED that the search warrant, its accompanying materials, this application and this Order are sealed until otherwise ordered by the Court, and that Facebook, Inc. shall not disclose the existence of the warrant, the application or this Order of the Court, or the existence of the investigation to the listed subscriber or to any other person until October 28, 2019, absent further order from the Court.

Dated: April 28, 2019

Hon. Jill L. Burkhardt
United States Magistrate Judge

Presented by:
ROBERT S. BREWER, JR.
United States Attorney

/s/ Caroline P. Han
CAROLINE P. HAN
Assistant U.S. Attorney