NOT FOR PUBLIC VIEW

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
APR 30 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **19MJ1755**
)
8ch.net )
9120 Double Diamond Parkway, Suite 5901, )
Reno, NV 89521 )

## SEARCH AND SEIZURE WARRANT    CASE UNSEALED PER ORDER OF COURT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Nevada___
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A
(INCORPORATED HEREIN)**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B
(INCORPORATED HEREIN)**

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to ~~10:00 p.m.~~  on 4/28/19  ☐ at any time in the day or night because good cause has been established.
12:00am on April 29, 2019

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable Jill L. Burkhardt___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  04/28/2019 ~~9:00 am~~ 9:50 pm        _____Jill Burkhardt_____
                                                                *Judge's signature*

City and state:    San Diego, California                     Honorable Jill L. Burkhardt
                                                             *Printed name and title*

4 pmc

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 19MJ1755 | Date and time warrant executed: 4/28/2019 @ 10:50 pm | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

Original Poster IP Address and other data about post and IP addresses associated with thread from original post.

Nothing Further

JB
4/29/19

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/29/2019

*Executing officer's signature*

Michael J. Rod   FBI/SA
*Printed name and title*