FILED
JUN 1 3 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

ROBERT S. BREWER, JR.
United States Attorney
SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorneys
California Bar Nos.: 115757/250301
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6981/6968
Fax: (619) 546-0831
Email:  shane.harrigan@usdoj.gov
        caroline.han@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the search of:<br><br>8ch.net<br>9120 Double Diamond Parkway, Suite 5901,<br>Reno, Nevada   85921 | Case No.: 19MJ1755<br><br>EX PARTE APPLICATION FOR ORDER UNSEALING SEARCH WARRANTS, SEARCH WARRANT APPLICATIONS AND AFFIDAVITS, AND SEARCH WARRANT RETURNS |
| In the matter of the search of:<br><br>Information that is stored at Facebook, 1601 Willow Road, Menlo Park, California   94025 | Case No.: 19MJ1756 |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Shane P. Harrigan and Caroline P. Han, Assistant United States Attorneys, hereby applies to the Court for an order unsealing the above-referenced Search Warrants, Search Warrant Applications and Affidavits, and Search Warrant Returns so that it may comply with its discovery obligations in the pending criminal matter of *United States v. John Timothy Earnest*, Criminal Case No. 19cr01850-AJB.

In support of this application, the United States alleges and states the following:

1. On April 28, 2019, upon application of the United States, United States Magistrate Judge Jill L. Burkhardt issued search warrants in the above-captioned matters (Case Nos. 19MJ1755 and 19MJ1756) in relation to the United States' investigation and prosecution of John Timothy Earnest ("Earnest") for violations of 18 U.S.C. § 247(a)(1)(damage to religious property), § 247(a)(2) (obstruction of free exercise of Religious Beliefs), and § 249(a)(1) (willfully causing bodily injury to persons through use of a firearm because of their actual or perceived religion). Judge Burkhardt sealed the search warrants and accompanying materials until further order of the Court.

2. Thereafter, on May 21, 2019, a federal grand jury in the Southern District of California returned a 113-count indictment charging Earnest with civil rights, hate crime, and firearm charges in connection with the murder of one person and the attempted murder of 53 others at the Chabad of Poway Synagogue on April 27, 2019, and the March 24, 2019, arson of the Dar-ul-Arqam Mosque in Escondido. (Crim. Case No. 19cr01850-AJB).

//
//
//
//
//
//
//
//

3. In order to comply with its discovery obligations in Criminal Case No. 19cr01850-AJB, the United States now moves to unseal the search warrants and related material so that it can disseminate the materials to defense counsel for Earnest.

DATED: June 13, 2019

ROBERT S. BREWER, JR.
United States Attorney

*signature*

SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorneys

*19MJ1755*