Case 3:19-mj-01755-JLB   Document 6   Filed 06/13/19   PageID.4   Page 1 of 1

FILED

JUN 13 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In the matter of the search of:<br><br>8ch.net<br>9120 Double Diamond Parkway,<br>Suite 5901,<br>Reno, Nevada 85921 | Case No.: 19MJ1755<br><br>ORDER UNSEALING SEARCH WARRANTS<br>AND ACCOMPANYING MATERIALS |
|---|---|
| In the matter of the search of:<br><br>Information that is stored at<br>Facebook, 1601 Willow Road,<br>Menlo Park, California 94025 | Case No.: 19MJ1756 |

Based upon the Application of the United States of America, and good cause appearing, IT IS HEREBY ORDERED that:

The Search Warrants, Search Warrant Applications and Affidavits, and Search Warrant Returns filed in the above-captioned matters shall be unsealed.

DATED: June 13, 2019.

_____
HON. ANDREW G. SCHOPLER
United States Magistrate Judge